# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL LARSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-328-R |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Suzanne Mitchell entered September 21, 2008. Doc. No. 18. Plaintiff has not filed a timely objection to the Report and Recommendation nor sought an extension of time in which to object. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner is AFFIRMED. Judgment shall be entered accordingly.

IT IS SO ORDERED this 15th day of October 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE